UNITED STATES of America

v.

James Richard SMITH, Appellant.

No. 71–1230.

United States Court of Appeals,
Third Circuit.

Argued June 10, 1971.

Decided June 16, 1971.

James W. Tracey, III, Wollman, Tracey & Schlesinger, Philadelphia, Pa., for appellant.

Richard R. Galli, Asst. U. S. Atty., Philadelphia, Pa. (Louis C. Bechtle, U. S. Atty., on the brief), for appellee.

Before STALEY and ADAMS, Circuit Judges, and GARTH, District Judge.

OPINION OF THE COURT

PER CURIAM:

Appellant was convicted of having refused to perform alternate civilian service at the Williamsport Hospital in lieu of military service. He had been classified 1–O by his local board despite his assertion of entitlement to a ministerial exemption.

Appellant asserts that there was no basis in fact for his 1–O classification and that the local board which classified him was composed of members from his county but that several members did not live within his area.

We have carefully considered each of appellant's arguments and find them to be without merit. See United States v. Tobias, 447 F.2d 227 (C.A.3, 1971).

The judgment of the district court will be affirmed.